# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS C. HILL, INDIVIDUALLY,
    Appellant,

vs.

SERINA TULILI LEIATAUA,
INDIVIDUALLY,
    Respondent.

THOMAS C. HILL, INDIVIDUALLY,
    Appellant,

vs.

SERINA TULILI LEIATAUA,
INDIVIDUALLY,
    Respondent.

No. 80048

No. 80101

FILED

FEB 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

On February 12, 2020, appellant filed a letter[1] regarding notice of settlement in these two matters, which we elect to treat as a motion to dismiss these appeals. Cause appearing, the motion is granted, and these appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY [signature]

---

[1] Counsel for appellant is advised that the proper way to communicate with the court is by way of a formal motion, not by way of a letter. *See Weddell v. Stewart*, 127 Nev. 645, 652 n.8, 261 P.3d 1080, 1085 n.8 (2011).

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0) 1947

20-08179

cc: Hon. Michael A. Cherry, Senior Justice
Hon. Nancy L. Allf, District Judge
Ara H. Shirinian, Settlement Judge
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Eric Blank Injury Attorneys
Eighth District Court Clerk